ed. C. J. Sullivan, for appellant. J. A. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GILL, Appellant, v. GILL, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) Action by John D. Gill against Francis B. Gill, impleaded. No opinion. Order affirmed, with $10 costs and disbursements.

GILLESPIE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1903.) Action by Elizabeth S. Gillespie against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

GILLESPIE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Elizabeth S. Gillespie against the Brooklyn Heights Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

GILLESPIE v. McDONOUGH. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by James Gillespie against John T. McDonough. No opinion. Motion granted, with $10 costs.

GILLESPIE v. McDONOUGH. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by James Gillespie against John T. McDonough. No opinion. Motion granted, without costs.

In re GOETZINGER. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) In the matter of the application of Martin E. Goetzinger for admission to the bar. No opinion. Application granted.

GOLOB, Appellant, v. PASINSKY, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Rosa Golob against Henry Pasinsky. T. B. Chancellor, for appellant. C. S. Petrasch, for respondent. No opinion. Judgment affirmed, with costs, on the opinion delivered on the previous appeal. 76 N. Y. Supp. 388.

GOLUBOCK, Respondent, v. ALMODO, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Myron E. Golubock against Gerardo D. Almodo. No opinion. Order resettled, by striking therefrom the direction for a new trial.

GOLUBOCK, Respondent, v. ALMODO, Appellant. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) Action by Myron E. Golubock against Gerardo D. Almodo. No opinon. Motion denied.

GORDON et al., Respondents, v. HARRIS, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 6, 1903.)

Action by Bernard S. Gordon and others against Louis Harris, impleaded. G. W. Minor, for appellant. R. R. Billington, for respondents. No opinion. Judgment affirmed with costs.

In re GORMAN'S WILL (Supreme Court, Appellate Division, Second Department. March 6, 1903.) In the matter of the probate of the alleged last will and testament of Edward Gorman, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

In re GRANT AVE. (Supreme Court, Appellate Division, First Department. April 9, 1903.) In the matter of Grant avenue. No opinion. Motion for leave to go to the Court of Appeals granted.

In re GRANT AVE. In re TOWNSEND AVE. (Supreme Court, Appellate Division, First Department. February 6, 1903.) In the Matter of Grant and Townsend avenues. No opinion. Resubmission of motions for leave to go to Court of Appeals allowed.

GRAVES, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Marcus L. Graves against the Metropolitan Street Railway Company. B. H. Ames, for appellant. A. H. Smith, for respondent. No opinion. Judgment and order affirmed, with costs.

GRIFHAHN, Respondent, v. KREIZER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Mary C. Grifhahn, as administratrix, etc., against Bernard Kreizer and others. No opinion. Interlocutory judgment unanimously affirmed, with costs.

GRIGGS, Appellant, v. GRIGGS, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Action by Catharine A. Griggs against Isaac Griggs. No opinion. Application for leave to appeal to the Court of Appeals granted.

GROSSMAN, Appellant, v. REINHARDT et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 13, 1903.) Action by Martin Grossman against Theresa Reinhardt and Harry Woods. No opinion. Judgment unanimously affirmed, with costs.

GUNN, Appellant, v. BOYLE et al., Respondents. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by Mary Gunn against Frank Boyle and another. J. V. Judge, for appellant. E. L. Mooney, for respondents. No opinion. Judgment affirmed, with costs.

GUNNISON, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division,